State was the testimony of the girl's mother. As the trial judge accurately summarized it, the extent of her testimony was that defendant and the girl were found in a bedroom together. Defendant, fully clothed, was lying on the bed, while the girl was adjusting her shorts. The only additional evidence was that the mother was unable to gain entrance into the apartment immediately. Clearly there was no evidence adduced that defendant committed a lewd act. Since one of the essential elements of the crime charged was not proved, the judgment must be reversed.

Judgment reversed.

DEMPSEY, P. J., and SCHWARTZ, J., concur.

■

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAUL GAYTAN (Impleaded), Defendant-Appellant.

(No. 54835; ▮▮▮▮▮▮▮▮▮▮▮)

First District—December 8, 1970.

■

Opinion by Mr. JUSTICE LYONS.

Gerald W. Getty, Public Defender, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, for the People.